

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00323-CV

**CESAR ORNELAS LAW, PLLC**, and Cesar Ornelas, II
Appellants

v.

Helen **CASTRUITA**,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-23441
Honorable Michael E. Mery, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: October 14, 2020

DISMISSED

The parties have filed a joint motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the party who incurred them.

PER CURIAM